*96-16089, NURSES' HOME CARE, INC.*

Creditor disbursements returned due
to bad addresses:
- Pauline F. Barrilleaux    $ 770.86
- Kitzi M. Stein Metz    $4,006.84
- Shady Richards    $1,643.77

Claude c. Lightfoot, Jr.
Chapter 7 Trustee
424 Gravier Street
Third Floor
New Orleans, LA 70130

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

| DATE | AMOUNT |
|---|---|
| 08/04/09 | *******6,421.47 |

CHECK NUMBER
118

**2286658**

PAY TO THE ORDER OF

U. S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Room B-601
New Orleans, LA 70130

| CASE NUMBER | ESTATE OF |
|---|---|
| 96-16089    "B" | Debtor: Nurses' Home Care Inc. |

*Six Thousand Four Hundred Twenty One Dollars And 47/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊000118⑊ ⑉111000121⑉ 4436991417⑊

8/11/09

DEPOSITED TO TREASURY
UNCLAIMED.
DUE: (SEE LETTER)

**UNITED STATES
BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 225990    -- KW
\* \* C O P Y \* \*
August 11, 2009
14:40:50

**TREASURY REGFUND
96-16089**
Debtor.: NURSES' HOME CARE, INC.
Trustee: Claude Lightfoot, Jr.
Amount.:    $6,421.47 CH
Check#.: 118

Total->    $6,421.47

# Claude C. Lightfoot, Jr.
Chapter 7 Trustee
(504) 828-7077
(504) 838-8572 Fax

424 Gravier Street
New Orleans, Louisiana 70130

August 4, 2009

FILED
2009 AUG 11 P 12: 10

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

RE: Nurses' Home Care Inc., USBC No. 96-16089 "B"

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $6,421.47 drawn on the account for the above bankruptcy estate. These funds represent the final distribution of funds issued those creditors listed below:

Shady Richards     $1,643.77
1104 Tech Street
New Orleans, LA 70114

Kitzi M. Stein Metz     $4,006.84
1608 O'Neal Land
Apt. 227
Baton Rouge, LA 70816

Pauline F. Barrilleaux     $ 770.86
1605 Saturn St.
Morgan City, LA 70380

The disbursements checks were forwarded to those addresses provided by the claimants, however, the checks were returned to the trustee marked "return to sender, attempted not known, unable to forward." I have made every effort to contact these creditors but have been unsuccessful in my attempts to resolve the matter.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Claude C. Lightfoot, Jr.*

**Claude C. Lightfoot, Jr.**
**Chapter 7 Trustee**